FILED
CLERK, U.S. DISTRICT COURT

12/3/13

CENTRAL DISTRICT OF CALIFORNIA
BY: CS          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARRIOS,<br><br>          Plaintiff,<br><br>     v.<br><br>AMBERR WASHINGTON, Does 1 to 10,<br><br>          Defendants. | No. CV 13-8212 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

The Court will remand this "Complaint - Unlawful Detainer," Case No. 13R04450, to state court summarily because Defendant removed it improperly.

On November 5, 2013, Defendant Amberr Washington, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*.

The Court has denied the *in forma pauperis* application under separate cover because the action, again, was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, as the Court has previously determined, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and

1  therefore removal is improper.  28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah*

2  *Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Even if

3  complete diversity of citizenship existed, the amount in controversy does not exceed the

4  diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the

5  contrary, the unlawful-detainer complaint recites that the amount in controversy does not

6  exceed $10,000.

7       Nor does Plaintiff's unlawful detainer action raise any federal legal question.  *See*

8  28 U.S.C. §§ 1331, 1441(b).

9       Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior

10 Court of California, County of Los Angeles, Santa Monica Courthouse, 1725 Main Street,

11 Santa Monica, California 90401 for lack of subject matter jurisdiction pursuant to 28

12 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court;

13 and (3) that the Clerk serve copies of this Order on the parties.

14       IT IS SO ORDERED.

15

16 DATED: _____11/27/13_____          _____

17                                    GEORGE H. KING
                                     Chief United States District Judge

18

19 Presented by:

20

21 /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM

22 United States Magistrate Judge

23

24

25

26

27

28

2